**Ali ASGHAR, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–1170.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2005.

Decided Oct. 7, 2005.

Anser Ahmad, Ahmad Law Offices, P.C., Harrisburg, Pennsylvania, for Petitioner. John L. Brownlee, United States Attorney, Jean B. Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Respondent.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ali Asghar, a native and citizen of Pakistan, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Asghar's motion. *See* 8 C.F.R. § 1003.2(a), (b) (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*